```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD ALLEN NAGEL
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-05-154 MCE
                                  )
12             Plaintiff,         )
                                  )  STIPULATION AND [PROPOSED] ORDER
13        v.                      )
                                  )
14  RONALD ALLEN NAGEL,           )  Date:  July 12, 2005
                                  )  Time:  8:30 a.m.
15             Defendant.         )  Judge: Morrison C. England, Jr.
                                  )
16  _____ )
```

17        It is hereby stipulated between the parties, Ellen V. Endizzi,
18  Assistant United States Attorney, attorney for Plaintiff, and Mary M.
19  French, attorney for defendant, RONALD ALLEN NAGEL, as follows:
20        It is agreed that the current Trial Confirming Hearing date of
21  June 14, 2005 and the Jury Trial date of July 6, 2005, be vacated, and
22  that a Status Conference hearing date of July 12, 2005 at 8:30 a.m. be
23  set.
24        This continuance is necessary because defense counsel is
25  conducting further investigation and awaiting further discovery from
26  the government in this case.  The Court finds that the ends of justice
27  will be served by allowing defendant's counsel time to conduct
28  ///

1  investigation and prepare in a manner they believe is necessary to
2  provide effective representation of their clients.
3       The parties agree and stipulate that the time period from the date
4  of the signing of this order through and including July 12, 2005
5  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
6  Code T4 based upon continuity of counsel and defense preparation.
7  Dated: June 2, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ MARY M. FRENCH
                                        _____
                                        MARY M. FRENCH
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RONALD ALLEN NAGEL


Dated: June 2, 2005                     MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ ELLEN V. ENDRIZZI
                                        _____
                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephone authority


                                 **ORDER**

**IT IS SO ORDERED.**

Dated: June 7, 2005


                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE