```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RONALD ALLEN NAGEL
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      )  No. CR-S-05-154 MCE
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )
                                   )
15  RONALD ALLEN NAGEL,            )  Date:  August 30, 2005
                                   )  Time:  8:30 a.m.
16              Defendant.         )  Judge: Morrison C. England, Jr.
                                   )
17  _____)
```

18       It is hereby stipulated between the parties, Ellen V. Endrizzi,

19  Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20  French, attorney for defendant, RONALD ALLEN NAGEL, as follows:

21       It is agreed that the current status conference hearing date of

22  July 5, 2005 be vacated, and that a status conference hearing date of

23  August 30, 2005 at 8:30 a.m. be set.

24       This continuance is necessary because defense counsel is

25  conducting further investigation and awaiting social security records

26  necessary to Mr. Nagel's defense.

27       The parties agree and stipulate that the time period from the date

28  of the signing of this order through and including August 30, 2005

should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 29, 2005

                                          Respectfully submitted,

                                          QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
RONALD ALLEN NAGEL

Dated: June 29, 2005          MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephone authority

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2