1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RONALD ALLEN NAGEL

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-05-0154 MCE
                                   )
13                  Plaintiff,     )
                                   ) **STIPULATION AND [PROPOSED]ORDER**
14       v.                        )
                                   )
15  RONALD ALLEN NAGEL,            ) Date:  November 8, 2005
                                   ) Time:  8:30 a.m.
16                  Defendant.     ) Judge: Morrison C. England, Jr.
                                   )
17  _____ )

18       It is hereby stipulated between the parties, Ellen V. Endrizzi,

19  Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20  French, attorney for defendant, RONALD ALLEN NAGEL, as follows:

21       It is agreed that the current status conference hearing date of

22  September 27, 2005 be vacated, and that a status conference hearing

23  date of November 8, 2005 at 8:30 a.m. be set.

24       Defense counsel has obtained Mr. Nagel's social security file

25  which is extremely lengthy and is in the process of reviewing it and

26  determining what action can be taken based on the contents of the file.

27       The parties agree and stipulate that the time period from the date

28  of the signing of this order through and including November 8, 2005

1   should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

2   Code T4 based upon continuity of counsel and defense preparation.

3   Dated: September 26, 2005

4                                           Respectfully submitted,

5                                           QUIN DENVIR
                                            Federal Defender
6

7                                           /s/ Mary M. French

                                            _____
8                                           MARY M. FRENCH
                                            Assistant Federal Defender
9                                           Attorney for Defendant
                                            RONALD ALLEN NAGEL
10

11  Dated: September 26, 2005               MCGREGOR W. SCOTT
                                            United States Attorney
12

13                                          /s/ Mary M. French for

                                            _____
14                                          ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney
15                                          per telephone authority

16

17                          **ORDER**

18  **IT IS SO ORDERED.**

19  Dated: September 29, 2005

20

21

22  _____
    MORRISON C. ENGLAND, JR.
23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2