```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RONALD ALLEN NAGEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-cr-0154 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) |
| | ) |
| RONALD ALLEN NAGEL, | ) Date: February 14, 2006 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |
| | ) |
| _____ | ) |

It is hereby stipulated between the parties, Ellen V. Endrizzi, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, RONALD ALLEN NAGEL, as follows:

It is agreed that the current status conference hearing date of January 3, 2006 be vacated, and that a status conference hearing date of February 14, 2006 at 8:30 a.m. be set.

The parties are obtaining additional information on Mr. Nagel's mental health as well as calculating the loss amounts under the sentencing guidelines.

The parties agree and stipulate that the time period from the date of the signing of this order through and including February 14, 2006

should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 30, 2005

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

                                              /s/ Mary M. French
                                              _____
                                              MARY M. FRENCH
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RONALD ALLEN NAGEL

Dated: December 30, 2005          MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Mary M. French for
                                              _____
                                              ELLEN V. ENDRIZZI
                                              Assistant U.S. Attorney
                                              per telephone authority

                                              **ORDER**

**IT IS SO ORDERED.**

Dated: January 4, 2006

                                              _____
                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE