```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RONALD ALLEN NAGEL
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. 2:05-cr-0154 MCE
                                 )
13             Plaintiff,        )
                                 ) STIPULATION AND [PROPOSED] ORDER
14       v.                      )
                                 )
15  RONALD ALLEN NAGEL,          ) Date: March 21, 2006
                                 ) Time: 8:30 a.m.
16             Defendant.        ) Judge: Morrison C. England, Jr.
                                 )
17  _____ )
```

18       It is hereby stipulated between the parties, Ellen V. Endrizzi,
19  Assistant United States Attorney, attorney for Plaintiff, and Mary M.
20  French, attorney for defendant, RONALD ALLEN NAGEL, as follows:
21       It is agreed that the current status conference hearing date of
22  March 14, 2006 be vacated, and that a status conference hearing date of
23  March 21, 2006 at 8:30 a.m. be set.
24       The parties are working toward resolution of this case and defense
25  counsel is currently awaiting a draft plea agreement from the
26  government.
27       The parties are agree and stipulate that the time period from the
28  date of the signing of this order through and including March 21, 2006

1  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
2  Code T4 based upon continuity of counsel and defense preparation.
3  Dated: March 14, 2005

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender


                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RONALD ALLEN NAGEL

Dated: March 14, 2005                   MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary M. French for
                                        _____
                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephone authority


                              **ORDER**

**IT IS SO ORDERED.**

Dated: March 15, 2006


                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

2