PROB 35

**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:05CR00154-01 |
| ) | |
| **RONALD ALLEN NAGEL** ) | |

On June 20, 2006, the above-named was placed on probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI**
**United States Probation Officer**

Dated:      May 8, 2008
            Sacramento, California
            CJM:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

Re:  Ronald Allen NAGEL
    Docket Number:  2:05CR00154-01
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Ronald Allen Nagel be discharged from probation, and that the proceedings in the case be terminated.

Dated: May 9, 2008

_____
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**

Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office